**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1335**

---

THOMAS E. SMITH,

Plaintiff - Appellant,

versus

RICHARD KETCHEM, Sheriff; DANIEL MCCARTHY,
Judge; TODD RIGGLEMAN; MONONGAHELA POWER
COMPANY, d/b/a Allegheny Power Company; PAMELA
JO SWIGER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-01-176-1)

---

Submitted: August 29, 2002      Decided: September 4, 2002

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas E. Smith, Appellant Pro Se.  David Clayton Hook, HOOK &
HOOK, Waynesburg, Pennsylvania; Michael Kozakewich, Jr., STEPTOE &
JOHNSON, Clarksburg, West Virginia; Jeffrey Alan Kimble, ROBINSON
& MCELWEE, Clarksburg, West Virginia, for Appellees; Pamela Jo
Swiger, Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas E. Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Smith v. Ketchem</u>, No. CA-01-176-1 (N.D.W. Va. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>